Dennis Chavez Federal Building and United States Courthouse
500 Gold Avenue SW, 10th Floor
PO Box 546
Albuquerque, NM 87103−0546
505−348−2500/866−291−6805
www.nmb.uscourts.gov

Case No.: 08−11977−t13
Chapter: 13
Judge: David T. Thuma
Judge/341 Location: TA

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

**In re Debtor(s):**

Jeffrey A. Kubisak
 aka Jeff Kubisak
 aka J.A. Kubisak
1107 Valley View Drive
Los Lunas, NM 87031
SSN/ITIN(if any): xxx−xx−8061

Becky Kubisak
 aka Becky B. Berta
1107 Valley View Drive
Los Lunas, NM 87031
SSN/ITIN(if any): xxx−xx−3758

## FINAL DECREE

The estate of the debtor(s) having been fully administered,

IT IS ORDERED that Kelley L. Skehen is discharged as trustee of the estate, the bond is cancelled, and this chapter 13 case is closed.

David T. Thuma
United States Bankruptcy Judge

nm_finaldecree.jsp